COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL (424) 212-7777 | FAX (424) 212-7757

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DON SPENCER, individually and as administrator of the estate of JEREMY SPENCER; RACHAEL SPENCER, an individual; and DRENEA SINGER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, A MUNICIPAL ENTITY, DEPUTY ROBERT GARAY, DEPUTY STEVEN AMENT and DOES 3 through 30,<br><br>Defendants. | CASE NO. 19-cv-808 AB-PLAx<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br><br><br>Action Filed: February 4, 2019<br>Trial Date:  August 3, 2021 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is hereby GRANTED.

IT IS SO ORDERED.


DATED:  October 29, 2020            _____
                                    Hon. Paul L. Abrams
                                    United States Magistrate Judge