COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, Esq., State Bar No. 130584
Email: laura.inlow@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendants, COUNTY OF LOS ANGELES, ROBERT GARAY and STEVEN AMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DON SPENCER, individually and as administrator of the estate of JEREMY SPENCER; RACHAEL SPENCER, an individual; and DRENEA SINGER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, A MUNICIPAL ENTITY, DEPUTY ROBERT GARAY, DEPUTY STEVEN AMENT and DOES 3 through 30,<br><br>Defendants. | CASE NO. 19-cv-808 AB (PLAx)<br><br>STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT; (PROPOSED) ORDER<br><br>Action Filed: February 4, 2019<br>Trial Date: August 3, 2021 |

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED by and among the parties through their respective attorneys of record as follows:

1. The current trial date is August 3, 2021,

2. Defendants have filed a motion for summary judgment or, in the alternative, motion for partial summary judgment (Document No. 60) which is currently set for hearing on December 18, 2020,

3. The parties have agreed to attend a mediation with Magistrate Abrams on January 7, 2021,

4. As such, the parties stipulate and request that the hearing on the pending dispositive motion be continued to January 8, 2021 or a date thereafter convenient to the Court and the parties.

IT IS SO STIPULATED.

DATED: December 10, 2020     COLLINSON, DAEHNKE, INLOW & GRECO

By: _____*Laura E. Inlow*_____
Laura E. Inlow, Esq.
Attorneys for Defendants
COUNTY OF LOS ANGELES, ROBERT GARAY and STEVEN AMENT

DATED: December 10, 2020     THE COMMUNITY LAW GROUP, LLC

By: _*Mark Stephen Smith*_____
Mark Stephen Smith, Esq.
Attorneys for Plaintiffs
DON SPENCER, ESTATE OF JEREMY SPENCER, RACHAEL SPENCER and DRENEA SINGER