COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, Esq., State Bar No. 130584
Email: laura.inlow@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendants, COUNTY OF LOS ANGELES, ROBERT GARAY and STEVEN AMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DON SPENCER, individually and as administrator of the estate of JEREMY SPENCER; RACHAEL SPENCER, an individual; and DRENEA SINGER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, A MUNICIPAL ENTITY, DEPUTY ROBERT GARAY, DEPUTY STEVEN AMENT and DOES 3 through 30,<br><br>Defendants. | CASE NO. 19-cv-808 AB (PLAx)<br><br>JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE TRIAL AND RELATED DATES<br><br><br>Action Filed: February 4, 2019<br>Trial Date: August 3, 2021 |

**TO THIS HONORABLE COURT:**

The parties hereby submit this Notice of Settlement to notify the Court that this lawsuit was tentatively settled in its entirety on January 7, 2021 during a settlement conference with Magistrate Abrams. As such, the parties request that the

-1-
**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE TRIAL AND RELATED DATES**

trial date and related dates be vacated. The parties also request to take the hearing on defendants' motion for summary judgment currently set for February 12, 2021 off calendar. As the tentative settlement is contingent on approval by both the County of Los Angeles Claims Board and the Board of Supervisors, it will take several months to be finalized.

DATED: January 8, 2021    COLLINSON, DAEHNKE, INLOW & GRECO

By:
    *Laura E. Inlow*
Laura E. Inlow, Esq.
Attorneys for Defendants
COUNTY OF LOS ANGELES, ROBERT GARAY and STEVEN AMENT

DATED: January 8, 2021    THE COMMUNITY LAW GROUP, LLC

By:
  *Mark Stephen Smith*
Mark Stephen Smith, Esq.
Attorneys for Plaintiffs
DON SPENCER, ESTATE OF JEREMY SPENCER, RACHAEL SPENCER and DRENEA SINGER

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

-2-
JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE TRIAL AND RELATED DATES