COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, Esq., State Bar No. 130584
Email: laura.inlow@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA  90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendants, COUNTY OF LOS ANGELES, ROBERT GARAY and STEVEN AMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DON SPENCER, individually and as administrator of the estate of JEREMY SPENCER; RACHAEL SPENCER, an individual; and DRENEA SINGER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, A MUNICIPAL ENTITY, DEPUTY ROBERT GARAY, DEPUTY STEVEN AMENT and DOES 3 through 30,<br><br>Defendants. | CASE NO. 19-cv-808 AB (PLAx)<br><br>JOINT REPORT RE STATUS OF SETTLEMENT<br><br>Action Filed: February 4, 2019<br>Trial Date: vacated |

**TO THIS HONORABLE COURT:**

Pursuant to the Court's order in Docket Number 89, the parties hereby submit this joint report re the status of settlement. The tentative settlement of this matter is set to be heard by the County of Los Angeles Claims Board on April 19,

2021. Thereafter, it will be reviewed by the Board of Supervisors. If approved by both the Claims Board and the Board of Supervisors, the County will need a few weeks to provide the settlement check.

DATED: April 13, 2021   COLLINSON, DAEHNKE, INLOW & GRECO

By: _Laura E. Inlow_
Laura E. Inlow, Esq.
Attorneys for Defendants
COUNTY OF LOS ANGELES, ROBERT GARAY and STEVEN AMENT

DATED: April 13, 2021   THE COMMUNITY LAW GROUP, LLC

By: _Mark Stephen Smith_
Mark Stephen Smith, Esq.
Attorneys for Plaintiffs
DON SPENCER, ESTATE OF JEREMY SPENCER, RACHAEL SPENCER and DRENEA SINGER