COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, Esq., State Bar No. 130584
Email: laura.inlow@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA  90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendants, COUNTY OF LOS ANGELES, ROBERT GARAY and STEVEN AMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DON SPENCER, individually and as administrator of the estate of JEREMY SPENCER; RACHAEL SPENCER, an individual; and DRENEA SINGER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, A MUNICIPAL ENTITY, DEPUTY ROBERT GARAY, DEPUTY STEVEN AMENT and DOES 3 through 30,<br><br>Defendants. | CASE NO. 19-cv-808 AB (PLAx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Action Filed: February 4, 2019<br>Trial Date: vacated |

**TO THIS HONORABLE COURT:**

IT IS HERBY STIPULATED by and between the parties through their respective attorneys of record that this matter has been settled, payment has been made, and the matter should be dismissed in its entirety with prejudice.

All parties are to bear their own costs arising out of this final dismissal.

I have read and reviewed the foregoing Stipulation and Proposed Order which is attached hereto and agree on behalf of my client(s).

IT IS SO STIPULATED.

DATED: July 12, 2021        COLLINSON, DAEHNKE, INLOW & GRECO

By: *Laura E. Inlow*
Laura E. Inlow, Esq.
Attorneys for Defendants
COUNTY OF LOS ANGELES, ROBERT GARAY and STEVEN AMENT

DATED: July 12, 2021        THE COMMUNITY LAW GROUP, LLC

By: *Mark Stephen Smith*
Mark Stephen Smith, Esq.
Attorneys for Plaintiffs
DON SPENCER, ESTATE OF JEREMY SPENCER, RACHAEL SPENCER and DRENEA SINGER