COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DON SPENCER, individually and as administrator of the estate of JEREMY SPENCER; RACHAEL SPENCER, an individual; and DRENEA SINGER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, A MUNICIPAL ENTITY, DEPUTY ROBERT GARAY, DEPUTY STEVEN AMENT and DOES 3 through 30,<br><br>Defendants. | CASE NO. 19-cv-00808 AB (PLAx)<br><br>(~~PROPOSED~~) **ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: February 4, 2019<br>Trial Date: vacated |

Good cause appearing, defendants County of Los Angeles, Robert Garay and Steven Ament are hereby dismissed with prejudice and the matter is dismissed in its entirety. All parties are to bear their own costs arising out of this dismissal.

Dated: July 13, 2021   By: _____
Honorable Andre Birotte Jr.
United States District Judge

-1-
**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**